◼ JUNIA VILLELA, as Administrator of Estate of LAWRENCE VILLELA, Deceased, Appellant, v EAST COAST DIVING, INC., et al., Respondents. [644 NYS2d 999] —Appeal by the plaintiff from an order of the Supreme Court, Richmond County (Cusick, J.), dated January 5, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Cusick at the Supreme Court. Bracken, J. P., Thompson, Krausman and Florio, JJ., concur.